**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 2, 2025.**



In The

# Fifteenth Court of Appeals

---

## NO. 15-25-00168-CV

---

**CALLIE LOGAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BRYAN FREAD, DECEASED, AND TRENTON FREAD, INDIVIDUALLY, Appellants**

V.

**SUMMIT LTC KINGSLAND, LLC D/B/A KINGSLAND HILLS CARE CENTER, Appellee**

---

**On Appeal from the 33rd District Court**
**Llano County, Texas**
**Trial Court Cause No. 22937**

---

## MEMORANDUM OPINION

Before this case was transferred from the Third Court of Appeals to this Court on October 23, 2025, Appellants filed a "Notice of Withdrawal of Appeal," stating that "they no longer intend to pursue an appeal of the Court's interlocutory

order to dismiss." On November 3, 2025, we notified the parties that the appeal would be dismissed unless any party filed an objection by November 13, 2025. No objection was filed. Construing the notice as a motion to voluntarily dismiss the appeal, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.